785 A.2d 427

IN THE MATTER OF JOSEPH M. BOREK,JR.
AN ATTORNEY AT LAW.

December 6, 2001.

ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *R.*1:20–3(g) and *R.*1:20–11, seeking the immediate temporary suspension from practice of **JOSEPH M. BOREK, JR.**, of **POMPTON LAKES**, who was admitted to the bar of this State in 1987, and good cause appearing;

It is ORDERED **JOSEPH M. BOREK, JR.**, is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by respondent pursuant to *R.*1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JOSEPH M. BOREK, JR.**, be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH M. BOREK, JR.**, comply with *Rule* 1:20–20 dealing with suspended attorneys.